UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | CV 16-0709-ODW | Date | September 16, 2016 |
|---|---|---|---|
| Title | *Gash v. Kim* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

On June 28, 2016, the Court ordered Plaintiff to show cause, no later than July 8, 2016, why the Court should not dismiss this case for lack of prosecution.  To date, the Court has received no response.  Thus, the Court **DISMISSES** this action without prejudice.  The Clerk of the Court shall close the case.

                                                            :      00

                              Initials of Preparer    SE